IRWIN & COMPANY v. THE FARMER'S GIN & GRAIN COMPANY, *a copartnership composed of* F. P. MOSELY AND S. M. WILLIAMS.

(Filed June 25 ,1903.)

*Error from the District Court of, Cleveland County; before C. F. Irwin, Trial Judge.*

*J. W. Hocker,* for plaintiffs in error.

*C. L. Botsford* and *J. F. Sharp,* for defendants in error.

Opinion of the court by

GILLETTE, J.: This case was ·filed at the same time, and involved, on the motion to dissolve the attachuent, the same questions that were involved in the case of *S. L. Williams v. The Farmers Gin and Grain Company,* just decided.

It was stipulated in this case that it should be submitted on the same evidence, and abide the decision of the Williams case.

It follows therefore that the judgment of the lower court, on the authority of the Williams case, is affirmed.

Irwin, J., having presided in the court below, not sitting; Burford, C. J., and Pancoast, J., absent; all the other Justices concurring.